## WAIVER OF SERVICE OF SUMMONS

TO:  REBECCA C. MARTIN
 Assistant United States Attorney
 86 Chambers Street, 3rd Floor
 New York, New York 10007
 Tel. No. (212) 637-2714

    I acknowledge receipt of your request that I waive service of a summons in the action of <u>United States of America v. Robert L. Harding, et al.</u>, which is case number 07 Civ. 5924 (LLS) in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

    I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after July 12, 2007.

8-4-07
Date

_____
Cheri Lane Bowes