```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/07
```

So Ordered/S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           Plaintiff,

-against-

ROBERT L. HARDING, DEBRA HARDING,
OLIVER CROMWELL OWNERS, INC.,
WASHINGTON MUTUAL BANK, CHERI
LANE BOWES, and ANDREW HARDING,

           Defendants.

Case Number: 07 Civ. 5924 (LLS)

---

## STIPULATION AND ORDER EXTENDING DEFENDANT BOWES' TIME TO RESPOND TO THE COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel for plaintiff and counsel for defendant Cheri Lane Bowes ("Bowes"), that Bowes' time to answer or otherwise respond to the Complaint shall be enlarged from September 12, 2007 to and including November 12, 2007. This is the first request for an enlargement of time to respond to the Complaint.

Dated: September 6, 2007

| | |
|---|---|
| MICHAEL J. GARCIA<br>United States Attorney for the<br>Southern District of New York<br>*Counsel for Plaintiff* | HAYNES AND BOONE, LLP<br>*Counsel for Defendant*<br>*Cheri Lane Bowes* |
| */s/ Rebecca C. Martin*<br>Rebecca C. Martin (RM 0486)<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>(212) 637-2714 | */s/ Jason A. Nagi*<br>Jason A. Nagi (JN 6891)<br>153 E. 53rd Street, Suite 4900<br>New York, New York 10022<br>(212) 659-7300<br><br>Stacy L. Brainin<br>901 Main Street, Suite 3100<br>Dallas, Texas 75202<br>(214) 651-5584 |

SO ORDERED:

*/s/ Louis L. Stanton*
Louis L. Stanton, U.S.D.J.

9/10/07