# haynes*boone*

November 9, 2007

**By ECF**

Honorable Louis L. Stanton
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States of America v. Harding, et al.*, No. 07 Civ. 5924 (LLS) (AJP)

Dear Judge Stanton:

    Please be advised that plaintiff has agreed to dismiss its claims against defendant Cheri Lane Bowes. I have attached a stipulation and order signed by counsel for plaintiff and counsel for Ms. Bowes, dismissing all claims against Ms. Bowes and respectfully request that Your Honor endorse this stipulation and order so that it can be filed with the Clerk. The stipulation and order will be forwarded to the Orders and Judgments Clerk by email today.

                                             Respectfully submitted,

                                             Jason A. Nagi

Encls.

cc:   Rebecca C. Martin, Esq.
      *Counsel for plaintiff*

      Andrew Harding
      1702 Fox Hollow Lane
      Akron Ohio 44333
      *Defendant*
      (by regular mail)

Haynes and Boone, LLP
153 East 53rd Street   Ste 4900
New York, New York 10022-4636
Phone: 212.659.7300
Fax: 212.918.8989
www.haynesboone.com