UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                          Plaintiff,

-against-

ROBERT L. HARDING, DEBRA HARDING, OLIVER CROMWELL OWNERS, INC., WASHINGTON MUTUAL BANK, CHERI LANE BOWES, and ANDREW HARDING,

                          Defendants.

Case Number: 07 Civ. 5924 (LLS)

**STIPULATION AND ORDER OF DISMISSAL**
<u>**OF DEFENDANT BOWES**</u>

---

      **WHEREAS**, plaintiff commenced this action by filing a complaint against, *inter alia*, Robert L. Harding and Debra Harding (the "Hardings"), the owners of a cooperative apartment with an address of 12 West 72nd Street, Apt. 3E, New York, NY (the "Apartment");

      **WHEREAS**, the complaint seeks, *inter alia*, to: (1) foreclose on the Apartment to satisfy United States tax liens against the Hardings; and (2) an order directing any current tenant to vacate the Apartment;

      **WHEREAS**, Cheri Lane Bowes ("Bowes"), was named as a defendant based, solely, upon her status as a tenant residing in the Apartment, and the complaint does not allege any wrongdoing on her part;

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel for plaintiff and counsel for Bowes that:

1. Bowes will vacate the Apartment on or before the date the Court orders the foreclosure by the United States on the Apartment ("Foreclosure Date"); and

2. Bowes waives all right, title, interest and any claim to the Apartment; and

3. Bowes waives any right to reside in or otherwise use the Apartment on or after the Foreclosure Date; and

4. Bowes releases the United States from any claims arising from or in any manner connected to the Apartment or this action; and

5. The above-referenced action is hereby dismissed against Bowes, with prejudice, and without costs, expenses, or fees.

Dated: November 8, 2007

| | |
|---|---|
| MICHAEL J. GARCIA<br>United States Attorney for the<br>Southern District of New York<br>*Counsel for the United States of America*<br><br>/s/ Rebecca C. Martin<br>Rebecca C. Martin (RM 0486)<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>(212) 637-2714 | HAYNES AND BOONE, LLP<br>*Counsel for Defendant*<br>*Cheri Lane Bowes*<br><br>/s/ Jason A. Nagi<br>Jason A. Nagi (JN 6891)<br>153 E. 53rd Street, Suite 4900<br>New York, New York 10022<br>(212) 659-7300<br><br>Stacy L. Brainin<br>901 Main Street, Suite 3100<br>Dallas, Texas 75202<br>(214) 651-5584 |

SO ORDERED:

_____
Louis L. Stanton, U.S.D.J.