```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:                               │
│ DATE FILED: 11/13/07                 │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                    Plaintiff,

       -against-

ROBERT L. HARDING, DEBRA HARDING,
OLIVER CROMWELL OWNERS, INC.,
WASHINGTON MUTUAL BANK, CHERI
LANE BOWES, and ANDREW HARDING,

                   Defendants.

Case Number: 07 Civ. 5924 (LLS)

**STIPULATION AND ORDER OF
DISMISSAL
OF DEFENDANT BOWES**

---

    **WHEREAS**, plaintiff commenced this action by filing a complaint against, *inter alia*, Robert L. Harding and Debra Harding (the "Hardings"), the owners of a cooperative apartment with an address of 12 West 72nd Street, Apt. 3E, New York, NY (the "Apartment");

    **WHEREAS**, the complaint seeks, *inter alia*, to: (1) foreclose on the Apartment to satisfy United States tax liens against the Hardings; and (2) an order directing any current tenant to vacate the Apartment;

    **WHEREAS**, Cheri Lane Bowes ("Bowes"), was named as a defendant based, solely, upon her status as a tenant residing in the Apartment, and the complaint does not allege any wrongdoing on her part;

    **IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel for plaintiff and counsel for Bowes that:

1.    Bowes will vacate the Apartment on or before the date the Court orders the foreclosure by the United States on the Apartment ("Foreclosure Date"); and

2.    Bowes waives all right, title, interest and any claim to the Apartment; and

3.    Bowes waives any right to reside in or otherwise use the Apartment on or after the Foreclosure Date; and

4.    Bowes releases the United States from any claims arising from or in any manner connected to the Apartment or this action; and

5.    The above-referenced action is hereby dismissed against Bowes, with prejudice, and without costs, expenses, or fees.

Dated:   November  8 , 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
*Counsel for the United States of America*

_____
Rebecca C. Martin (RM 0486)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2714

HAYNES AND BOONE, LLP
*Counsel for Defendant*
*Cheri Lane Bowes*

_____
Jason A. Nagi (JN 6891)
153 E. 53rd Street, Suite 4900
New York, New York 10022
(212) 659-7300

Stacy L. Brainin
901 Main Street, Suite 3100
Dallas, Texas 75202
(214) 651-5584

SO ORDERED:

_____
Louis L. Stanton, U.S.D.J.
11/13/07

D-1565171_2.DOC

2