

HERRICK, FEINSTEIN LLP
John P. Sheridan
2 Park Avenue
New York, NY 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500

Attorneys for Oliver Cromwell Owners, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

             Plaintiff,

   - against -

ROBERT L. HARDING, DEBRA HARDING,
OLIVER CROMWELL OWNERS, INC.,
WASHINGTON MUTUAL BANK, CHERI LANE
BOWES, and ANDREW HARDING,

             Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No 06 Civ. 5924 (LLS)

**STIPULATION EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED that the time for defendant Oliver Cromwell Owners, Inc. to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 15th day of December, 2007.

Dated: New York, New York
      November 15, 2007

HF 3867142v.1 #12247/0001

MICHAEL J. GARCIA
United States Attorney for the Southern
District of New York
Attorney for the United States of America

By: _____
REBECCA C. MARTIN (RM 0486)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2714

HERRICK, FEINSTEIN LLP
Attorneys for Defendant
Oliver Cromwell Owners, Inc.

By: _____
JOHN P. SHERIDAN (JS 7272)
2 Park Avenue
New York, New York 10016
Telephone: (212) 592-1400

SO ORDERED

*Louis L. Stanton*
11/16/07

2