ORIGINAL

STANTON, T

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: REBECCA C. MARTIN (RM 0486)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2714

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                :

                          Plaintiff,      :

          - against -                     :     STIPULATION AND ORDER
                                                OF DISMISSAL OF
ROBERT L. HARDING, DEBRA HARDING,         :     ANDREW HARDING
OLIVER CROMWELL OWNERS, INC.,
WASHINGTON MUTUAL BANK,                   :     No. 07 Civ. 5924 (LLS)
CHERI LANE BOWES, and ANDREW HARDING
                                          :
                          Defendants.
-----------------------------------------------------------------x

WHEREAS, this action was commenced on June 21, 2007, against various

defendants, alleging, inter alia, that tax assessments rendered against defendants Robert and

Debra should be reduced to judgment and the United States be able to foreclose on tax liens upon

personal property owned by Robert Harding, namely 1086 shares of common stock (the "Stock")

in a cooperative apartment corporation, Oliver Cromwell Owners, Inc. ("Oliver Cromwell"), with

a proprietary lease located at 12 West 72nd Street, Apt. 3E, New York, New York (the

"Apartment");

WHEREAS, Andrew Harding is the brother of Robert Harding was named as a

defendant in this action because he, inter alia, executed and is listed as a co-borrower on a deed

of trust with Dime Savings Bank of New York for $93,600.00 for the purpose of purchasing the

Stock, which was allocated to the Apartment.  See Complaint ¶¶ 6-7.

IT IS HEREBY STIPULATED AND AGREED, by the undersigned defendant,

Andrew Harding, and counsel for the United States as follows:

1.    Andrew Harding waives any and all right, title, interest and any claim to

the Apartment or the Stock or any property connected in any manner to the Apartment or Stock;

2.    Andrew Harding waives any and all right to reside in or otherwise use the

Apartment;

3.    Andrew Harding agrees to cooperate in any manner necessary for purposes

of discovery in the above-captioned matter and further agrees to cooperate in any manner

necessary for purposes of any foreclosure authorized by the Court in this matter.

4.    All claims asserted by the Government against Andrew Harding in the

complaint filed in this case are dismissed and without costs or fees to either party.

Dated: December 12, 2007
        New York, New York

                                MICHAEL J. GARCIA
                                United States Attorney for the
                                Southern District of New York
                                Attorney for the United States
                                of America

                        By: _____
                                REBECCA C. MARTIN (RM 0486)
                                Assistant United States Attorney
                                86 Chambers Street, 3rd Floor
                                New York, New York 10007
                                Telephone: (212) 637-2714

Date:    December 10, 2007
         Akron, Ohio

ANDREW HARDING

1702 Fox Hollow Lane
Akron Ohio 44333
Telephone: (330) 668-0005

So Ordered:

United States District Judge

12/13/07

3