HERRICK, FEINSTEIN LLP  
John P. Sheridan  
2 Park Avenue  
New York, NY 10016  
Telephone: (212) 592-1400  
Facsimile: (212) 592-1500  

Electronically Filed

Attorneys for Oliver Cromwell Owners, Inc.

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  
UNITED STATES OF AMERICA,                 :  
                                          :  
                   Plaintiff,    :   No 07 Civ. 5924 (LLS)  
                                          :  
          - against -                 :   **RULE 7.1 STATEMENT**  
                                          :  
ROBERT L. HARDING, DEBRA HARDING,         :  
OLIVER CROMWELL OWNERS, INC.,             :  
WASHINGTON MUTUAL BANK, CHERI LANE        :  
BOWES, and ANDREW HARDING,                :  
                                          :  
                  Defendants.    :  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  

     Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Oliver Cromwell Owners, Inc. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of Oliver Cromwell Owners, Inc. which are publicly held.

Dated: New York, New York  
       December 14, 2007  

                                                       _____  
                                                       John P. Sheridan  
                                                       jsheridan@herrick.com  
                                                       HERRICK, FEINSTEIN LLP  
                                                       Attorneys for Defendant  
                                                       Oliver Cromwell Owners, Inc.  
                                                       2 Park Avenue  
                                                       New York, NY 10016  
                                                       (212) 592-1400  

HF 3904975 v.1 #12247/0001 12/14/2007 02:39 PM

TO:  MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
Attn: Rebecca C. Martin (RM 0486)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637-2714