UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                     Index no. 07 CIV 5924

                        Plaintiff,

    -against-

ROBERT L. HARDING, DEBRA HARDING,
OLIVER CROMWELL OWNERS, INC.,
WASHINGTON MUTUAL BANK,
CHERI LANE BOWES, and ANDREW HARDING

                        Defendants.

---

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE,** that the undersigned has been retained as attorney for Robert L. Harding and Debra Harding, defendants, and demands that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  January 1, 2008

Respectfully submitted:

/s/ M. Bradford Randolph

_____

M. Bradford Randolph, Esq.
*Attorney for Robert L. Harding*
*and Debra Harding, defendants*

M. Bradford Randolph, Esq., PLLC
Rockefeller Center
1230 Avenue of the Americas, 7th Floor
New York, NY 10020

Telephone: (212) 759-0097
Fax: (212) 759-0087