# M. Bradford Randolph, Esq., PLLC

Rockefeller Center
1230 Avenue of the Americas, 7th Floor
New York, New York 10020

*Telephone:* (212) 745-1360
*Fax:* (212) 759-0087
*E-mail*: mbr@mbrlaw.us
*Website:* www.mbrlaw.us

March 15, 2008

Judge Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  USA v. Robert L. Harding et al
      Index no. 07-5924
      Discovery – Status report

Dear Judge Stanton:

    This letter is respectfully submitted to provide a status update on the discovery process in this case and to request that the Court so-order the schedule set forth below.

Status of Discovery

    Since the last report on January 31, 2008, my clients have filed the amended complaint and responded to plaintiff's interrogatories, as well as plaintiff's document request.

    Some of the items in the document request remain to be provided, including the filing of tax returns for certain years. The remainder of this information is expected to be provided on or before March 31, 2008. My clients have sent an additional document request to the plaintiff and documents are expected to be provided no later than April 15, 2008.

    Proposed Schedule

    In light of the delays in finalizing production of documents, the parties request that the Court so-order the following schedule.

    Depositions to be complete by June 15, 2008
    Requests to Admit served no later than July 1, 2008
    Motions for summary judgment served no later than August 1, 2008

  The parties also request that the pretrial conference currently scheduled for April 11, 2008, be adjourned to June 27, 2008.  In addition, the parties request that the time to submit the next status letter be extended to April 30, 2008.

  The parties believe that this schedule will permit them to complete discovery and to attempt to reach a settlement of this case.

  Counsel for the government consents to the above timetable.

Respectfully,

/s/ M. Bradford Randolph

_____

M. Bradford Randolph
*Attorney for Robert and Debra Harding*

M. Bradford Randolph, Esq., PLLC
Rockefeller Center
1230 Avenue of the Americas, 7th Floor
New York, New York 10020
Tel. (212) 745-1360
Fax: (212) 759-0087

Cc: Rebecca C. Martin
  U.S. Attorney's Office
  86 Chambers St., 3rd Floor
  New York, New York 10007