UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                          07 CV 5924
                                                   (Stanton, J.)
                                                   (Peck, M.J.)
                       Plaintiff,
                                                   NOTICE OF APPEARANCE
    -against-

ROBERT L. HARDING, DEBRA HARDING,
OLIVER CROMWELL OWNERS, INC.,
WASHINGTON MUTUAL BANK,
CHERI LANE BOWES AND
ANDREW HARDING,

                       Defendants.
-------------------------------------------------------------x

     PLEASE TAKE NOTICE that Defendant, Washington Mutual Bank appears in the above-captioned action through the undersigned counsel.

Dated: Garden City, New York
      March 14, 2008

                                  CULLEN AND DYKMAN LLP

                                  By: _____
                                  Marianne McCarthy (MM8807)
                                  Attorneys for Defendant
                                  Washington Mutual Bank
                                  100 Quentin Roosevelt Boulevard
                                  Garden City, New York 11530
                                  (516) 357-3700

To:    Rebecca C. Martin, Esq.
        United States Attorney's Office
        Southern District of New York
        86 Chambers Street
        3rd Floor
        New York, New York 10007
        (212) 637-2200

M. Bradford Randolph, Esq.
445 Park Avenue, 14th Floor
New York, New York 10022
(212) 759-0097

John P. Sheridan, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NASSAU   )

SHARON CUFFIE, being duly sworn, deposes and says:

That she is over the age of 21 years, resides at Bay Shore, New York and is not a party to this action.

That on the 14th day of March, 2008, she served the within Notice of Appearance, upon the parties listed below, by depositing a true copy thereof in a properly sealed, post-paid wrapper, in a post office box regularly maintained by the Government of the United States, located on the premises at 100 Quentin Roosevelt Boulevard, Garden City, New York 11530 addressed as follows:

>Rebecca C. Martin, Esq.
>United States Attorney's Office
>Southern District of New York
>86 Chambers Street
>3rd Floor
>New York, New York 10007
>
>M. Bradford Randolph, Esq.
>445 Park Avenue, 14th Floor
>New York, New York 10022
>
>John P. Sheridan, Esq.
>Herrick, Feinstein LLP
>2 Park Avenue
>New York, New York 10016

that being the address designated on the latest papers served by her in this action.

_____
SHARON CUFFIE

Sworn to before me this
24th day of March, 2008.

_____
Notary Public

MAUREEN SAUTER
Notary Public, State of New York
#01SA3898285
Qualified in Nassau County
Commission Expires June 30, 2011