ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
United States of America,

               Plaintiff,      07 Civ. 5924 (LLS)

   v.                             ORDER

Robert Harding, et al.,

               Defendants.
----------------------------------------x

    This case is respectfully referred to Magistrate Judge Peck for the conduct of settlement negotiations, to take place within the schedule already set by this Court which currently calls for a status conference on October 17, 2008 at 11:30 AM.

    So ordered.

Dated: New York, New York
       August 1, 2008

                                              _____
                                              LOUIS L. STANTON
                                                 U.S.D.J.